# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PAUL WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2512

_____

June 7, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Paul Williams, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.